(110 So. 799)

## Grover C. TUCKER v. STATE.   (6 Div. 810.)

(Supreme Court of Alabama, Nov. 18, 1926. Rehearing Denied Jan. 6, 1927.)

Certiorari to Court of Appeals.

W. M. Adams, of Tuscaloosa, and R. B. Evins, of Birmingham, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Grover C. Tucker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tucker v. State, 21 Ala. App. 582, 110 So. 799.

Writ denied.

SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.